UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK MINNESOTA, N.A. AS TRUSTEE FOR THE HOLDERS OF THE STRUCTURED ASSET SECURITIES CORPORATION AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-BC5,<br><br>Plaintiffs,<br><br>v.<br><br>LEMUEL W. CHARLESTON AND MAUREEN H. CHARLESTON, husband and wife, GALA WAY FREEHOLD 116; DENNIS FOISY; CLIFTON WYATT; ESTATE BUILDERS, INC.; ANTHONY WHITE; MORTGAGE FREEDOM; FINANCIAL CONSULTING SOLUTIONS, LLC; FCS, LLC; IONTOIEH; BARCLAY BARRINGTON; PERSONS IN POSSESSION OR CLAIMING RIGHT TO POSSESSION and OTHER UNKNOWN CLAIMANTS,<br><br>Defendants. | No.  C04-1989Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE ORDER   1–

(1) The Motion for Default Judgment by Defendant Gala Way Freehold 116, docket no. 65, is DENIED. Defendant's counterclaims have been answered, and no Order of Default was entered against Plaintiff.

(2) Defendant Gala Way Freehold 116 is advised that it may only be represented in these proceedings by a lawyer admitted to practice in the Western District of Washington. See C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697-698 (9th Cir. 1987); see also National City Home Loan Services, Inc. v. Foisy, No. 05-373, docket no. 14 (W.D. Wash. filed Mar. 25, 2005) (finding that Dennis Foisy may not appear on behalf of the Pacific Ventures Landhold Trust in proceedings before U.S. District Judge Ricardo Martinez). Dennis Foisy is not licensed to practice in Washington, and is not admitted to practice in the Western District. Mr. Foisy may not represent or advocate on behalf of Defendant Gala Way Freehold 116, and may not file any pleadings or documents on behalf of Defendant Gala Way Freehold 116.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 18th day of May, 2005.

BRUCE RIFKIN, Clerk

By  s/ Gail Glass
    _____
    Gail Glass
    Deputy Clerk

MINUTE ORDER  2–