Honorable Thomas S. Zilly

Susan J. Robinson
Floyd L. Newland
  Of Counsel
Robinson Tait, P.S.
616 First Avenue, Suite 550
Seattle, WA 98104
Telephone (206) 676-9641
Facsimile (206) 676-9650
Attorneys for Plaintiff
WELLS FARGO BANK MINNESOTA

____ FILED       ____ ENTERED
____ LODGED      ____ RECEIVED

JUN 20 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

04-CV-01989-ORD

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO BANK MINNESOTA, N.A. AS TRUSTEE FOR THE HOLDERS OF THE SECURED ASSET SECURITIES CORPORATION AMMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002 BC5,<br><br>Plaintiff,<br><br>v.<br><br>LEMUEL W. CHARLESTON AND MAUREEN H. CHARLESTON, husband and wife, GALA WAY FREEHOLD 116; DENNIS FOISY; CLIFTON WYATT; ESTATE BUILDERS, INC.; ANTHONY WHITE; MORTGAGE FREEDOM; FINANCIAL CONSULTING SOLUTIONS, LLC; FCS, LLC; IONTOIEH; BARCLAY BARRINGTON; PERSONS IN POSSESSION | Case No: 04-CV-01989<br>(~~PROPOSED ORDER~~)<br>ORDER<br>GRANTING PLAINTIFF WELLS FARGO BANK MINNESOTA'S MOTION FOR SUMMARY JUDGMENT |

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Cause No. CV41989 - 1

*Law Offices*
ROBINSON TAIT
*A Professional Service Corporation*
616 First Avenue, Suite 550, Seattle, Washington 98104
Telephone (206) 676-9640, Facsimile (206) 676-9650

| | |
|---|---|
| 1 | OR CLAIMING RIGHT TO POSSESSION and |
| 2 | OTHER UNKNOWN CLAIMANTS |
| | Defendants. |

1 OR CLAIMING RIGHT TO POSSESSION and
2 OTHER UNKNOWN CLAIMANTS
       Defendants.

3       This matter having come on regularly and duly for hearing before the Honorable Thomas
4  S. Zilly upon the Plaintiff's Motion to Disqualify Dennis Foisy from appearing in a
5  Representative capacity and for Summary Judgment and this court having read and considered
6  the Plaintiff's Motion and Memorandum of Authorities, the Declaration and exhibits to the
7  Newland Declaration, the Declaration of Thomas George, and no documents having been filed in
8  opposition to the motion, and an order disqualifying Mr. Foisy from representing or advocating
9  on behalf of Gala Way Freehold 116 or filing pleadings or other documents on behalf of Gala
10 Way Freehold 116 in the minute order entered 5/18/2005, and the Court being fully informed in
11 the premises;

12       IT IS HEREBY ORDERED that summary judgment be and it hereby is granted as
13 follows against defendants LEMUEL W. CHARLESTON AND MAUREEN H.
14 CHARLESTON, GALA WAY FREEHOLD 116; DENNIS FOISY; CLIFTON WYATT;
15 ESTATE BUILDERS, INC.; MORTGAGE FREEDOM; IONTOIEH; BARCLAY
16 BARRINGTON; PERSONS IN POSSESSION OR CLAIMING RIGHT TO
17 POSSESSION, AND UNKNOWN CLAIMANTS:

       1.    That Plaintiff Wells Fargo Bank Minnesota, N.A. As Trustee for the Holders of
the Secured Asset Securities Corporation Summary Judgment is not bound in any way by the
purported arbitration award dated July 30, 2004 by Southeast Arbitration & Mediation, LLC and
such purported award is determined to be void; and

Law Offices
ROBINSON TAIT
A Professional Service Corporation
710 First Avenue, Suite 550, Seattle, Washington 98104
Telephone (206) 676-9640, Facsimile (206) 676-9659

1  2.  That the Plaintiff is the owner in fee and title is quieted in Plaintiff to the real

property commonly known as: 5806 Spokane Street, Seattle, Wa. 98116 legally described as

THE EAST HALF OF THE SOUTH 65 FEET OF TRACT, ALKI POINT, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 8 OF PLATS, PAGE 19, RECORDS OF KING COUNTY, WASHINGTON. EXCEPT THE WEST 65 FEET THEREOF (the "Property").

~~IT IS FURTHER ORDERED~~ that effective August 1, 2005, ~~or as soon thereafter as~~ Plaintiff shall apply therefore, a Writ of Ejectment ~~be issued~~ forthwith directing the US Marshal to take reasonable steps as needed, to remove the above named defendants from the Property and anyone else claiming by, through, or under said defendants.

Dated this 17th day of June, 2005.

_____
THE HONORABLE THOMAS S. ZILLY

Presented by:

/s/ Susan J. Robinson
Susan J. Robinson, WSB#11978
Floyd L. Newland, WSB#1009
Robinson Tait, P.S.
Attorneys for Plaintiff

Agreed; Notice of Presentation Waived:

_____
Michael Hunsinger, WSB# _____
Attorney for Defendants Charleston

ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Cause No. CV41989 - 3